RILEY v. STATE.

Opinion delivered June 30, 1900.

CRIMINAL LAW—VARIANCE BETWEEN INDICTMENT AND PROOF.—An indictment for killing "one Sullivan, whose christian name is unknown to the grand jury," is not sustained by proof of having killed Durbyn Griggs. (Page 331.)

Appeal from Sebastian Circuit Court.

STYLES T. ROWE, Judge.

A. C. Brewster, for appellant.

Jeff Davis, Attorney General, and Chas. Jacobson, for appellee.

BUNN, C. J. The indictment in this case in part reads: "The grand jury of said court accuse said defendant of said crime committed as follows, viz.: Said defendant, in said county on 24th July, 1899, unlawfully, wilfully, deliberately, maliciously, premeditatedly, and feloniously with a pistol did assault, shoot, and kill one Sullivan, a human being, whose christian name is unknown to the grand jury." On the trial the deceased was shown to have been named Durbyn Griggs

by the testimony in the case. The indictment being for killing Sullivan, whose christian name only was unknown, proof that Durbyn Griggs was killed does not identify the person of deceased, nor sustain the allegations of the indictment.

Reversed and remanded.